**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00060-DOC-MAA                                  Date:  May 8, 2026

Title: Jane Doe 1 et al v. United States Department of Homeland Security

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Priscilla Deason<br>for Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR<br>PLAINTIFF:<br>None Present | ATTORNEYS PRESENT FOR<br>DEFENDANT:<br>None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE**

On January 8, 2026 Plaintiffs filed their Complaint (Dkt. 1) in this Court. Plaintiffs bring one claim for violation of the Administrative Procedure Act ("APA"). A month later on February 13, 2026, Plaintiffs filed the instant Ex Parte Application for a Temporary Restraining Order ("Application") (Dkt. 13).

After consideration, the Court concludes that it should not decide the Application on an ex parte basis. Accordingly, it converts the Application into a Motion for Preliminary Injunction seeking relief for all individuals similarly affected and sets the following briefing schedule: Defendant United States Department of Homeland Security's Opposition brief shall be due no later than May 14, 2026, and Plaintiffs' Reply brief shall be due no later than May 21, 2026. The Court sets a hearing on the Motion for Preliminary Injunction for June 4, 2026 at 8:30 a.m. before Judge David O. Carter.

In addition, the Court extends Defendant's responsive pleading deadline: The time for the Defendant United States Department of Homeland Security's to answer, move, or otherwise respond to the Complaint shall be extended to June 29, 2026.

The Clerk shall serve this minute order on the parties.