**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe 1, et al.,<br><br>                    *Plaintiffs,*<br><br>          *vs.*<br><br>United States Department of Homeland Security,<br><br>                    *Defendant.* | Case No.: 8:26-cv-00060 DOC (MAAx)<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO CONINUE HEARING** [27] |

Having considered the parties' Joint Stipulation to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The parties' Stipulation is **APPROVED.**

2. The hearing on Plaintiffs' Motion for Preliminary Injunction, currently scheduled for June 4, 2026, at 8:30 a.m., is hereby **CONTINUED** to June 24, 2026, at 8:30 a.m. before the Honorable David O. Carter, United States District Judge.

1

3.  The briefing schedule is amended as follows:

    A.  Defendant's Opposition brief shall be due no later than May 28, 2026;

    B.  Plaintiffs' Reply brief shall be due no later than June 4, 2026.

IT IS SO ORDERED

Dated: May 13, 2026

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE