# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                    Defendant. | Case No. 8:26-cv-00060-DOC-MAAx<br><br>**ORDER PROHIBITING ADVERSE IMMIGRATION ACTION AGAINST NAMED PLAINTIFFS** |

On June 24, 2026, the Court directed the Parties to submit a proposed order prohibiting adverse immigration action against named plaintiffs without approval of the Court.

Accordingly, The Court ORDERS as follows:

1.    Plaintiffs' counsel will provide unredacted copies of ECF 13-5 through ECF 13-11, and ECF 30-1 through ECF 30-4, to Defendant's counsel by 5:00 PM on Friday, June 26, 2026; and

2.    Defendant is prohibited from taking adverse action against Plaintiffs' immigration status without prior notice of at least 28 days to both this Court and Plaintiff's Counsel, including, but not limited to, denials of nonimmigrant status or

-1-

extension, denials of adjustment of status, and denials at a Port of Entry under expedited removal.

IT IS SO ORDERED.

Dated: June 26, 2026

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE