UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. 8:26-cv-00060-DOC-MAA<br><br>**STIPULATION AND ORDER RE: DOE PLAINTIFFS PROCEEDING UNDER PSEUDONYMS**<br><br>Honorable David O. Carter<br>United States District Judge |

Plaintiffs Does 1 through 7 ("Plaintiffs") and Defendant U.S. Department of Homeland Security ("DHS"), through their respective counsel, hereby stipulate, subject to Court approval, as follows:

The parties to this stipulation are in agreement that unless otherwise ordered by the Court, DHS may only disclose Plaintiffs' identities or identifying information to:

(a) DHS officers, directors, employees (including in-house counsel), representatives, and agents of DHS to whom disclosure is reasonably necessary for this action;

(b) persons or entities to whom DHS has a legal obligation to provide such information;

(c) the Court and its personnel;

(d) court reporters, videographers, and their staff;

(e) professional vendors to whom disclosure is reasonably necessary for this action; and

(f) any other person that Plaintiffs agree to in writing.

The qualified persons listed above shall not distribute, disclose, or otherwise publish or make available the identities of Plaintiffs to any other person unless consented to in writing by Plaintiffs, or permitted to do so by the Court. Any party publicly filing a document in this action that discloses Plaintiffs' true identities must redact all personal identifying information, including the Doe plaintiff's true name, in accordance with Federal Rule of Civil Procedure 5.2 and this Court's Local Rules.

//

//

//

//

//

//

//

1

DHS may use identifying information disclosed by Plaintiffs in this action only for purposes of defending or attempting to settle this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 26, 2026                WASDEN LAW

                                    /s/ Jonathan D. Wasden
                                    JONATHAN D. WASDEN

                                    Attorney for Plaintiffs

Dated: June 26, 2026                TODD BLANCHE
                                    Deputy Attorney General
                                    BILAL A. ESSAYLI
                                    First Assistant United States Attorney
                                    DANIEL A. BECK
                                    Assistant United States Attorney
                                    Acting Chief, Civil Division
                                    ALARICE M. MEDRANO
                                    Assistant United States Attorney
                                    Acting Chief, Complex and Defensive Litigation Section

                                    /s/ Haena Lee
                                    HAENA LEE
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 26, 2026

                                    /s/ Haena Lee
                                    HAENA LEE
                                    Special Assistant United States Attorney

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: June 26, 2026

                                    HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE

2