# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe 1, et al., *Plaintiffs,* vs. United States Department of Homeland Security, *Defendant.* | Case No.: 8:26-cv-00060-DOC-KES<br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING [45]** |

Having considered the parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The parties' Stipulation is **APPROVED.**
2. The hearing on Defendant's Motion to Dismiss, currently scheduled for September 28, 2026, at 8:30 a.m., is hereby CONTINUED to October 26, 2026, at 8:30 a.m. before the Honorable David O. Carter, United States District Judge.
3. The briefing schedule is amended as follows:

A. Plaintiffs' Opposition brief shall be due no later than October 5, 2026;

B. Defendant's Reply brief shall be due no later than October 12, 2026.

IT IS SO ORDERED

Dated: September 18, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE